UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TISHA RENNER,<br><br>                Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant. | CASE NO. 17-5291 BAT<br><br>**ORDER GRANTING MOTION TO DEEM OPENING BRIEF TIMELY** |

The Court GRANTS plaintiff's unopposed motion, Dkt. 15, that her opening brief be deemed timely filed. As set forth in the scheduling order, Defendant's response is due December 6, 2017 and the optional reply is due December 20, 2017.

DATED this 21st day of November, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO DEEM OPENING BRIEF TIMELY - 1